STATE BAR ID #072773  (510) 886-5751
MATTHEW M. SPIELBERG
Attorney at Law
21855 Redwood Road
Castro Valley, CA. 94546

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE

Adam Skerl

        Debtor(s)
_____/

CHAPTER 7
Case No.
WAIVER OF EXEMPTIONS

The undersigned, if called as a witness in the above entitled matter, could and would competently testify as follows:

I am the spouse of the above captioned debtor.

I hereby waive, during the period that my spouse's petition is pending, any right to claim exemptions under Title 11 of the U.S. Code other than those under Section 703.140(b) of the California Code of Civil Procedure.

Declared under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief. Executed at Pleasanton, California.

Dated: 3-17-10

*Lisa Skerl* (signature)
Lisa Skerl